**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

|  |  |
|---|---|
| **MAHENK SHAILESH PATEL, et al,**<br><br>   *Plaintiffs,*<br><br>**v.**<br><br>**MARKWAYNE MULLIN, et al.**<br><br>   *Defendants.* | **CIVIL ACTION NO.**<br>**3:26-cv-00033-TES** |

**ORDER TO SHOW CAUSE**

Plaintiffs Mahenk Shailesh Patel and Varshaben Natvarbhai Patel filed a Complaint [Doc. 1] on March 30, 2026. *See generally* [Doc. 1]. As of the date of this Order, the record does not indicate that Plaintiffs have served Defendants Markwayne Mullin, Pamela Bondi, Joseph B. Edlow, Kristen Sullivan, William Keyes, and the United States of America. The Federal Rules of Civil Procedure require plaintiffs suing an agent or employee of the United States to serve them with a copy of both the summons and the complaint by one of the methods prescribed in Rule 4(i) unless a defendant waives service. *See* Fed. R. Civ. P. 4(c)(1), (d), (i).

Moreover, Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve those copies upon a defendant within 90 days after filing the complaint. Fed. R. Civ. P. 4(m). Where a plaintiff fails to timely perfect service of process, a court on its own initiative—

after giving notice to the plaintiff (or upon a motion by a defendant)—must dismiss without prejudice the claims against the non-served defendant or extend the time for serving process. *Id.*

In this case, the record does not indicate that Plaintiffs have effectuated proper service on Defendants in accordance with Rule 4(i) within 90 days from the date Plaintiffs filed the Complaint. Accordingly, Plaintiffs shall have **10 DAYS** from the date of this Order to **SHOW CAUSE** why Plaintiffs' claims against Defendants should not be dismissed for failure to comply with Rule 4(i) and Rule 4(m)'s 90-day service deadline. Failure to fully and timely comply with this Order will result in the immediate dismissal of the claims set forth in Plaintiffs' Complaint pursuant to Rule 4(m) and/or Rule 41(b) of the Federal Rules of Civil Procedure. No further warnings will be provided.

**SO ORDERED**, this 30th day of June, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

2