IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| MAHENK SHAILESH PATEL, et al, | * | |
| Plaintiffs, | * | |
| v. | | Case No. 3:26-CV-00033-TES |
| | * | |
| MARKWAYNE MULLIN, et al, | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 21st day of September, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk